# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

146266

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re Estate of IRENE WILCZYNSKI

_____

ROSEMARIE HUNT, Personal Representative
of the Estate of Irene Wilczynski,
Plaintiff-Appellee,

v

WILLIAM BEAUMONT HOSPITAL, KURT
W. FILIPS, ARFANA A. KISHAN, MARKUS
K. TAUSCHER, and KENT R. DONOVAN,
Defendants-Appellants.

SC: 146266
COA: 303150
Oakland CC: 2009-105075-NH

_____/

On order of the Court, the application for leave to appeal the August 21, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

h0826